## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| | : | NO. 12-452 |
| v. | : | |
| | : | |
| LUIS A. SERRANO | : | |

## O R D E R

**AND NOW,** this 8th day of July, 2013, upon consideration of Defendant's Motion to Suppress Physical Evidence (Document No. 38, filed June 7, 2013), and the Government's Response in Opposition to Defendant's Motion to Suppress (Document No. 39, filed June 21, 2013), following a hearing on June, 21 2013, for the reasons set forth in the Memorandum dated July 8, 2013, **IT IS ORDERED** that Defendant's Motion to Suppress Physical Evidence is **DENIED.**

BY THE COURT:

/s/ Hon. Jan E. DuBois

_____

**DuBOIS, JAN E., J.**