### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> LUIS A. SERRANO | CRIMINAL ACTION <br> NO. 12-452 |

### ORDER

**AND NOW**, this 18th day of November, 2025, upon consideration of Luis A. Serrano's Motion for Early Termination of Supervised Release (Dkt. No. 100) and the Government's Response (Dkt. No. 102), it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.